UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Board of Trustees,

    Plaintiff,

    v.                                  Case No. 2:20-cv-457

USA Concrete Specialists, Inc.      Judge Michael H. Watson

    Defendant.                      Magistrate Judge Jolson

## OPINION AND ORDER

On September 2, 2020, Magistrate Judge Jolson issued a report and recommendation ("R&R") recommending that Plaintiff's motion for default judgment, ECF No. 14, be granted.

The parties were notified of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 3. The Magistrate Judge also specifically advised that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 3.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. Plaintiff's motion for default judgment is **GRANTED**. The **CLERK** is **DIRECTED** to enter judgment against Defendant. Plaintiff is to recover from Defendant the sum of Forty-Eight Dollars and Thirty-Eight Cents ($48.38), including unpaid fringe benefit

contributions through December 2019, prejudgment interest, and liquidated damages, a reasonable attorney's fee in the amount of Two Thousand Nine Hundred Forty Dollars and Thirty-Three Cents ($2,940.33), plus interest from the date of judgment at the rate of one percent (1%) per month, as well as an award of costs in the amount of Four Hundred and Six dollars and Ninety Five Cents ($406.95).  The Clerk shall **TERMINATE** this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**